# Mars Khaimov Law, PLLC

100 Duffy Ave., Suite 510

Hicksville, NY 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

June 26, 2024

**VIA ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007
Courtroom 1106

> **Application GRANTED. The parties shall file the materials described at Dkt. 5 by July 31, 2024. The initial pretrial conference is adjourned to August 7, 2024, at 4:20pm.**
>
> **Dated: June 27, 2024**
> **New York, New York**
>
> *LORNA G. SCHOFIELD*
> UNITED STATES DISTRICT JUDGE

Re:   Case 1:24-cv-03673-LGS - *Riley v. PeakFootwear, LLC*
      Plaintiff's Letter Motion Requesting Adjournment of Initial Conference

Dear Judge Schofield:

    Plaintiff respectfully submits this letter motion to adjourn the initial conference that is scheduled to take place on July 3, 2024 at 4:20 p.m. before Judge Schofield as per the directives set forth in the May 15, 2024 order. Plaintiff is not in communication with the Defendant yet, although proof of service was just recently obtained, showing that the Defendant was served with the lawsuit papers on June 5, 2024. Accordingly, Plaintiff requests a thirty (30) day adjournment of up through and until July 26, 2024, for the Defendant to appear in this instant lawsuit.

    This is the Plaintiff's first request to adjourn the initial conference.

    We thank Your Honor for the attention and consideration herein.

Respectfully submitted,

*/s/ Mars Khaimov*
Attorneys for Plaintiff

Cc: all Counsel of record on ECF

