

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Mark Berkowitz
Partner
212-216-1166
mberkowitz@tarterkrinsky.com

November 5, 2024

**Application GRANTED.** Defendant shall file its motion to dismiss by **November 22, 2024**. Plaintiff shall file any opposition by **December 13, 2024**. Defendant shall file its reply by **December 20, 2024**.

Dated: November 6, 2024
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

<u>Via ECF</u>

The Honorable Lorna G. Schofield, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007

Re: <u>*Riley v. PeakFootwear, LLC*, No. 1:24-cv-03673-LGS
      Joint Request for Extension of Briefing Schedule for Defendant's Motion to Dismiss</u>

Dear Judge Schofield:

We represent Defendant PeakFootwear, LLC in the above-referenced matter. We write, jointly, with Plaintiff Amanie Riley, to request a short extension of the dates for filing briefing concerning Defendant's anticipated Motion to Dismiss the Complaint. Specifically, the Parties propose extending the briefing schedule (*see* ECF No. 19) as follows:

| Event | Current Deadline | Proposed Extended Deadline |
|---|---|---|
| Defendant's Motion to Dismiss due | November 6, 2024 | November 22, 2024 |
| Plaintiff's Response to Defendant's Motion | November 20, 2024 | December 13, 2024 |
| Defendant's Reply in Support of Motion | November 25, 2024 | December 20, 2024 |

The remaining dates in the Court's Scheduling Order (ECF No. 14) would remain the same, except for the deadline in Paragraph 8.c., which the Parties have extended by the written consent of all parties without application to the Court as permitted by the Order.

The reason for the request is that the Parties are currently set to engage in mediation on November 20, 2024 and would like additional time to fully explore the possibility of a resolution at the mediation prior to expending resources on motion practice. This is the Parties' first request for an adjournment of the above dates.

We thank the Court for its attention to this matter.

Respectfully submitted,

*s/ Mark Berkowitz*

Mark Berkowitz

cc: All Counsel of Record via ECF